UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHURCH MUTUAL INSURANCE COMPANY                CIVIL ACTION

v.                                             NO. 06-5633
                                                  consolidated with
                                                  07-491

NEW HOME FULL GOSPEL MINISTRIES
(Claiborne Avenue), NEW HOME GOSPEL             SECTION "F"
MINISTRIES (Carondelet Street), and
NEW HOME FULL GOSPEL MINISTRIES d/b/a
NEW HOME CHRISTIAN ACADEMY

ORDER AND REASONS

Before the Court is New Home Full Gospel Ministries' motion to dismiss for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure or, alternatively, motion to abstain and stay the proceeding. For the reasons that follow, the motion is DENIED.

The procedural background of this case is contained in this Court's Order of April 5, 2007, denying New Home's motion to remand. In that Order, this Court, in finding subject-matter jurisdiction over this case, resolved each jurisdictional issue that New Home now raises in its motion to dismiss. New Home makes no new arguments and presents no new information; therefore, the Court adopts the April 5th findings regarding jurisdiction.

New Hope asks the Court, alternatively, to abstain from

1

exercising jurisdiction over this matter to avoid conflicting judgments, arguing that parallel lawsuits exist in this case, one in federal court and one in state court. But this argument is moot because the state court case has been removed and consolidated with the federal court case. Therefore, the application of the abstention doctrine is improper.

Accordingly, New Hope's motion to dismiss and, alternatively, to abstain is DENIED.

New Orleans, Louisiana, April 5, 2007.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

2