UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHURCH MUTUAL INSURANCE CO.                CIVIL ACTION

VERSUS                                     NO. 06-5633 c/w 07-491

NEW HOME FULL GOSPEL                       SECTION "F" (2)
MINISTRIES ET AL.

**ORDER AND REASONS;**
**REPORT AND RECOMMENDATION**

The presiding district judge referred to me, Record Doc. No. 37, the Motion to Appoint Umpire filed by Church Mutual Insurance Company ("Church Mutual"). Record Doc. No. 27. Church Mutual is the plaintiff in Civil Action No. 06-5633 and the defendant in consolidated Civil Action No. 07-491. Record Doc. No. 27. In that motion, Church Mutual suggests several possible umpires and asks the court to appoint one, pursuant to an insurance policy issued by Church Mutual to defendants. New Home Full Gospel Ministries, which is the defendant in Civil Action No. 06-5633 and the plaintiff in Civil Action No. 07-491, responded with its own list of alternative umpires. Record Doc. No. 33.

The parties represent that they cannot agree upon an umpire. None of the umpires proposed by the parties is acceptable to the other side. The court is unfamiliar with any of the umpires proposed by the parties. Accordingly,

**IT IS HEREBY ORDERED** that Mark J. West of West Fire Construction and Restoration, Inc., 3737 Brinkman, Houston, Texas 77018, 713-682-2494, is appointed as the umpire in these actions. The court is familiar with Mr. West, who was previously appointed as an independent umpire/appraiser in another case in this court involving a similar insurance dispute. Mr. West's work in that case was exemplary. **IT IS FURTHER ORDERED** that counsel for both parties and/or their appraisers must contact Mr. West and provide him with all materials necessary to act as umpire. This court retains jurisdiction to enforce this order as necessary, including payment by the parties of Mr. West's fees and expenses.

Although this motion was referred to me as a non-dispositive matter for decision pursuant to 29 U.S.C. § 636(b)(1)(A), I have reviewed the pleadings and determined that the appointment of an umpire is the sole and exclusive relief sought in these consolidated actions. In that respect, this appointment is dispositive. Accordingly, in an abundance of caution,

**IT IS RECOMMENDED** that the presiding district judge confirm this order by entering judgment appointing Mr. West as umpire and dismissing these actions, since no further relief is sought.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. <u>Douglass v. United Servs. Auto Ass'n</u>, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

New Orleans, Louisiana, this  2nd  day of May, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**

**HON. MARTIN L.C. FELDMAN**