UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FILED** JUN 11 2007

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| CHURCH MUTUAL INSURANCE CO. | CIVIL ACTION |
| VERSUS | NO. 06-5633 c/w 07-491 |
| NEW HOME FULL GOSPEL MINISTRIES ET AL. | SECTION "F" (2) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the order of the United States Magistrate Judge appointing Mark J. West of West Fire Construction and Restoration, Inc., 3737 Brinkman, Houston, Texas 77018, as the umpire in these actions is **CONFIRMED** and the complaints in both consolidated actions are hereby **DISMISSED WITH PREJUDICE**. This court retains jurisdiction to enforce this order as necessary, including payment by the parties of Mr. West's fees and expenses.

New Orleans, Louisiana, this 7th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____